# Third District Court of Appeal

## State of Florida

Opinion filed January 29, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0426
Lower Tribunal No. 20-14976-CA-01
_____

**Un Monde Nouveau, Inc.,**
**d/b/a A New World Academy,**
Appellant,

vs.

**Young Men's Christian Association of South Florida, Inc.,**
**a/k/a YMCA of South Florida, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Sheehe & Associates, P.A., and Phillip J. Sheehe, and Johanna E. Sheehe, for appellant.

Bilzin Sumberg Baena Price & Axelrod, LLP and Scott N. Wagner and Patricia M. Patino, for appellee.

Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

The sole issue on appeal is whether the trial court abused its discretion in dismissing Appellant's Third Amended Complaint with prejudice. Because "[c]ourts are not required to award plaintiffs endless bites of the same apple[,]" <u>Alvarez v. E & A Produce Corp.</u>, 708 So. 2d 997, 1001 (Fla. 3d DCA 1998), we hold the trial court did not err. Accordingly, we affirm. <u>See</u> <u>Readon v. WPLG, LLC</u>, 317 So. 3d 1229, 1238 (Fla. 3d DCA 2021) (affirming the trial court's dismissal of the third amended complaint with prejudice and holding that the court did not abuse its discretion in doing so).

Affirmed.